IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J.H. WELCH                                                                                                    PLAINTIFF

v.                                          NO. 4:10CV02005 HDY

MICHAEL J. ASTRUE, Commissioner                                          DEFENDANT
of the Social Security Administration

### ORDER

Plaintiff J.H. Welch ("Welch") has filed the pending unopposed second motion for enlargement of time to file a brief. See Document 12. For good cause shown, the motion is granted. Welch is given up to, and including, May 12, 2011, to file a brief. The brief from the Commissioner of the Social Security Administration is due forty-two days from the filing of Welch's brief.

IT IS SO ORDERED this ____26____ day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE