# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

J.H. WELCH                                                                        PLAINTIFF

v.                                           NO. 4:10CV02005 HDY

MICHAEL J. ASTRUE,                                                          DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is

entered for the Commissioner of the Social Security Administration.  The complaint filed

by plaintiff J.H. Welch is dismissed, and all requested relief is denied.

IT IS SO ORDERED this ___22___ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE